COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION TO REINSTATE APPEAL

Appellate case name:      Metropolitan Transit Authority of Harris County v. Adan Garza

Appellate case number:   01-18-00408-CV

Trial court case number:  2017-23090

Trial court:               80th District Court of Harris County

Date motion filed:       July 17, 2013

Party filing motion:     Appellant

It is ordered that the motion to reinstate is **granted**. We withdraw our opinion and judgment and reinstate this case on the Court's active docket.

We further ORDER appellant to provide written evidence **from the court reporter** showing that it has paid the complete reporter's fee **within 15 days of the date of this order**, or the Court will consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). No extensions of time for providing proof of payment for the reporter's record will be granted.

Judge's signature: /s/ Sherry Radack
                  Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.

Date:  September 6, 2018